Opinion issued February 5, 2009










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00043-CR

____________


IN RE JESSE FLORES, Relator






Original Proceeding on Petition for Writ of Habeas Corpus







MEMORANDUM OPINION

 Relator, Jesse Flores, petitions this Court for a post-conviction writ of habeas
corpus. This Court has no jurisdiction to hear a post-conviction application for writ
of habeas corpus in felony cases. See Board of Pardons & Paroles ex rel. Keene v.
Court of Appeals for the Eighth District, 910 S.W.2d 481, 483 (Tex. Crim. App.
1995).

 Accordingly, we dismiss relator's application for writ of habeas corpus for
want of jurisdiction. All requested relief is denied.

 It is so ORDERED.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Hanks. 

Do not publish. Tex. R. App. P. 47.2(b).